**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2335**

RHONDA KIRSCHMANN, and those similarly situated,

Plaintiff - Appellant,

v.

STATE OF VIRGINIA; VIRGINIA DEPARTMENT OF SOCIAL SERVICES; CHESAPEAKE DEPARTMENT OF CHILD PROTECTIVE SERVICES; ELISE PUGH, Chesapeake CPS Worker; BEVERLY JACKSON, Chesapeake CPS Worker; RACHQUEL GIBBONS-JACKSON, Chesapeake CPS Worker; VICKIE HARALSON, Chesapeake CPS Director; WENDY HOLLAND, Chesapeake CPS Worker; GAIL HEATH DAVIDSON, CPS Regional Specialist; CHESAPEAKE JUVENILE AND DOMESTIC RELATIONS DISTRICT COURT; JUDGE RUFUS BANKS, Chief Judge of the Chesapeake Juvenile and Domestic Relations Court; JUDGE LARRY D. WILLIS, CHIEF Judge in the Chesapeake Juvenile and Domestic Relations Court; JUDGE EILEEN ANITA OLDS, Presiding Judge of the Chesapeake Juvenile and Domestic Relations Court; ATTORNEY PETER IMBROGNO, Guardian Ad Litem to PLAINTIFF L.D.K.; LEONARD BROWN, Chesapeake City Attorney's Office; DR. BRIAN K. WALD, Psy D. Parenting Capacity Evaluator; JAMES RYAN DAVIDSON, L.P.C. Therapist; VIRGINIA DEPARTMENT OF CRIMINAL JUSTICE SERVICES OFFICE OF PROGRAMS, (Over CASA); CHESAPEAKE CASA PROGRAM; DARNELL GADDIS, Chesapeake CASA Program Director; SAFIYA REYNOLDS, CASA; CHESAPEAKE CIRCUIT (DE NOVO TRIAL) COURT; JUDGE JOHN W. BROWN, Presiding Judge in the Chesapeake Circuit De Novo Trial Court; JAMES SCHLIESSMANN, Assistant Attorney General; CORIE WOLF, Assistant Attorney General; JUDGE MARJORIE TAYLOR ARRINGTON, Presiding Judge of the Chesapeake Circuit De Novo Trial Court; ATTORNEY MARC P. MESSIER, Criminal Defense attorney; LISA MALLORY, Criminal Defense attorney; DOUGLAS WALTER, Criminal Defense attorney; NORFOLK CIRCUIT COURT; JUDGE LOUIS A. SHERMAN, Presiding Judge of the Norfolk Circuit Court; JUDGE JUNIUS P. FULTON, III, Chief Judge of the Norfolk Circuit Court; HAMPTON POLICE DEPARTMENT;

CHESAPEAKE COMMONWEALTH ATTORNEY'S OFFICE; NANCY G. PARR, Commonwealth's Attorney for the City of Chesapeake; HAMPTON COMMONWEALTH ATTORNEY'S OFFICE; ANTON A. BELL, Commonwealth's Attorney for the City of Hampton; THE COURT OF APPEALS OF VIRGINIA; JUDGE WALTER S. FELTON, JR., CHIEF Judge in the Court of Appeals of Virginia; JUDGE JAMES W. HALEY, JR., Panel Judge of the Court of Appeals of Virginia; JUDGE SAM COLEMAN, Panel Judge of the Court of Appeals of Virginia; JUDGE ROSEMARIE ANNUNZIATA, Panel Judge of the Court of Appeals of Virginia; JUDGE GLEN A. HUFF, Panel Judge of the Court of Appeals of Virginia; JUDGE ROBERT P. FRANK, Panel Judge in the Court of Appeals of Virginia; SUPREME COURT OF VIRGINIA; JUSTICE LEROY R. HASSELL, SR., CHIEF JUSTICE in the Supreme Court of Virginia; JUSTICE CYNTHIA D. KINSER, CHIEF JUSTICE in the Supreme Court of Virginia; CHIEF JUSTICE DONALD WAYNE LEMONS, CHIEF JUSTICE in the Supreme Court of Virginia; JUSTICE SAMUEL BERNARD GOODWYN, En Banc Panel Justice of the Supreme Court of Virginia; JUSTICE WILLIAM C. MIMS, En Banc Panel Justice of the Supreme Court of Virginia; JUSTICE ELIZABETH A. MCCLANAHAN, En Banc Panel Justice of the Supreme Court of Virginia; JUSTICE CLEO E. POWELL, En Banc Panel Justice of the Supreme Court of Virginia; JUSTICE D. ARTHUR KELSEY, En Banc Panel Justice of the Supreme Court of Virginia; INTERIM JUSTICE JANE MARUM ROUSH, En Banc Panel Justice of the Supreme Court of Virginia; HAMPTON CIRCUIT COURT; JUDGE WILFORD TAYLOR, JR., CHIEF Judge in the Hampton Circuit Court; JUDGE BONNIE L. BROWN, Presiding Judge of Hampton Circuit Court,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:18-cv-00600-MSD-DEM)

———————

Submitted: April 14, 2020                                        Decided: April 16, 2020

———————

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

2

Rhonda Kirschmann, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda Kirschmann appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kirschmann v. Virginia*, No. 2:18-cv-00600-MSD-DEM (E.D. Va. Oct. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*